EXHIBIT A

**GODIGITAL – LIST OF LICENSED COPYRIGHT APPLICATIONS**

| Licensor | Song Titles | Date of Application |
|---|---|---|
| Pina Records | *Otra Cosa* | 08/02/2017 |
| Real G 4 Life Inc. | *47* | 08/02/2017 |
| NelFlow Music | *Ayer* | 08/02/2017 |

# EXHIBIT B

**EXHIBIT B**

| Video ID | Rimas Channel | No. of infringements | Timeframe | Song Infringed | Artist | Asset ID | Licensor | Defendant |
|---|---|---|---|---|---|---|---|---|
| 0o8O1ysIkM | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 20:15 to 23:10 | 47 | Anuel AA, Nengo Flow | A117290345088103 | Real G 4 Life | Marmon |
| Inv22iZ0o | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 21:45 to 24:40 | 47 | Anuel AA, Nengo Flow | A117290345088103 | Real G 4 Life | Marmon |
| OVyL_XUT0Bh0 | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 20:15 to 23:10 | 47 | Anuel AA, Nengo Flow | A117290345088103 | Real G 4 Life | Marmon |
| QoOGoY8zdU1 | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 2 | 11:50 to 14:50 | 47 | Anuel AA, Nengo Flow | A117290345088103 | Real G 4 Life | Marmon |
| 2jvQSczbxYV0 | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 30:55 to 33:50 | 47 | Anuel AA, Nengo Flow | A117290345088103 | Real G 4 Life | Marmon |
| cnU07FG8oho | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 20:15 to 23:10 | 47 | Anuel AA, Nengo Flow | A117290345088103 | Real G 4 Life | Marmon |
| l8TQoZFHectIQ | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 2 | 11:50 to 14:50 | 47 | Anuel AA, Nengo Flow | A117290345088103 | Real G 4 Life | Marmon |
| 07Z3LNvcsXPw | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 4:16 to 8:30 | Ayer | Anuel ft. DJ Nelson | A559968730625110 | NeFlow Records | Marmon |
| xhsoYsR_GAI | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 4:22 to 8:36 | Ayer | Anuel ft. DJ Nelson | A559968730625110 | NeFlow Records | Marmon |
| iuUSs8vOXZY | Dale Reggaeton DJ NiR Marmon (Rimas Entertainment LLC) | 1 | 3:07 to 5:57 | Otra Cosa | Daddy Yankee & Nati Natasha | M6134623450S685 | Pina | Marmon |

EXHIBIT C



Jake Kim <jake.kim@adshare.tv>

# [9-0677000018412] New YouTube Copyright Complaint Submission

27 messages

**'YouTube' via Claims** <claims@adshare.tv>                    Mon, Jul 17, 2017 at 1:54 PM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=GX4CeMkLXVo
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: MALA MALA ES - Jowell y Randy
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=SFZWKZxql3s
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: La Pista Revienta (Monaco Edition) - Jowell Y Randy
- Where does the content appear?
  The content appears in the targeted video from 30:42 to 32:10

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=nSSf7z_K8vY
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Jowell y Randy - Me Prefieren ft. Nengo Flow
- Where does the content appear?
  The content appears in the targeted video from 5:25 to 6:05

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=nD-OMUuylpc
Describe the work allegedly infringed: My company, organization or client's
original song
- Title of original song: Jowell y Randy - Me Prefieren ft. Nengo Flow
- Where does the content appear?
  The content appears in the targeted video from 5:25 to 6:05

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained
  of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing may be
  subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube
  account.

Authorized Signature: Lahiru Aravinthakumar

Sincerely,

— The YouTube Team

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                    Tue, Jul 18, 2017 at 2:48 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to request removal of content due to alleged
copyright infringement, you must be the copyright owner or an agent of the copyright owner.
Based upon the description you provided, your specific role is unclear. In order to prevent
misuse of this process, we need to ask you for more information.

Please help us verify that you are authorized to submit a copyright notification in relation to
this content. For example, are you the author of the work(s) in question? Have you been
assigned copyright ownership in the work(s) in question? Are you an attorney acting on behalf
of a copyright owner? Please understand that the content will remain live on the site until we
have received this verification.

- The YouTube Team

Here is the information you filled in:

7/18/2017                    AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations
Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=H8OU6VPjQ9s
Describe the work allegedly infringed: My company, organization or client's original
song
  ○ Title of original song: Nengo Flow - Baby Lover
  ○ Where does the content appear?
    The content appears in the targeted video from 1:27 to 1:40

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=n06fwJXG4Rs
Describe the work allegedly infringed: My company, organization or client's original
song
  ○ Title of original song: Nengo Flow - Baby Lover
  ○ Where does the content appear?
    The content appears in the targeted video from 1:06 to 1:17

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

• I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
  right that is allegedly infringed.
• I have a good faith belief that the use of the material in the manner complained of is
  not authorized by the copyright owner, its agent, or the law; and
• This notification is accurate.
• I acknowledge that under Section 512(f) of the DMCA any person who knowingly
  materially misrepresents that material or activity is infringing may be subject to liability
  for damages.
• I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                              Tue, Jul 18, 2017 at 3:37 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm
that you are the copyright owner or the copyright owner's authorized representative. If you are

acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=25SkyTiJItM
Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: 47 Remix - Anuel AA, Nengo Flow ft. SinfónicoBad Bunny, Farruko, Darell y Casper
- Where does the content appear?
  The content appears in the targeted video from 2:55 to 3:14

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                    Tue, Jul 18, 2017 at 3:39 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are

acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=MzQL-j2jT8Q
> Describe the work allegedly infringed: My company, organization or client's original song
> > - Title of original song: 0 Sentimientos (Remix) - JhonZ
> > - Where does the content appear?
> > The content appears in the targeted video from 1:20 to 1:42
> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=PFQ_qQg9bmM
> Describe the work allegedly infringed: My company, organization or client's original song
> > - Title of original song: 0 Sentimientos (Remix) - JhonZ
> > - Where does the content appear?
> > The content appears in the targeted video from 17:45 to 22:43

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv

Tue, Jul 18, 2017 at 3:41 AM



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=0BFfE-kkE6Y
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: 47 - Anuel AA and Ñengo Flow
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=WhZIvDuuFZ8
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: 47 - Anuel AA and Ñengo Flow
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=coUO7FG8oho
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: 47 - Anuel AA and Ñengo Flow
- Where does the content appear?
  The content appears in the targeted video from 20:15 to 23:10

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=QxQGyY8zlUl
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: 47 - Anuel AA and Ñengo Flow
- Where does the content appear?
  The content appears in the targeted video from 11:50 to 14:50

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=2pQSzchxYV0
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: 47 - Anuel AA and Ñengo Flow
- Where does the content appear?
  The content appears in the targeted video from 30:55 to 33:50

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=OYd_XUTOBh0
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: 47 - Anuel AA and Ñengo Flow

7/18/2017                        AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

○ Where does the content appear?
The content appears in the targeted video from 20:15 to 23:10

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=hiv2l2cf2to
Describe the work allegedly infringed: My company, organization or client's original
song
    ○ Title of original song: 47 - Anuel AA and Ñengo Flow
    ○ Where does the content appear?
    The content appears in the targeted video from 21:45 to 24:40

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=0z8QTvjslKM
Describe the work allegedly infringed: My company, organization or client's original
song
    ○ Title of original song: 47 - Anuel AA and Ñengo Flow
    ○ Where does the content appear?
    The content appears in the targeted video from 20:15 to 23:10

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=bTQoZFHccHQ
Describe the work allegedly infringed: My company, organization or client's original
song
    ○ Title of original song: 47 - Anuel AA and Ñengo Flow
    ○ Where does the content appear?
    The content appears in the targeted video from 11:50 to 14:50

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
  right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is
  not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly
  materially misrepresents that material or activity is infringing may be subject to liability
  for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                              Tue, Jul 18, 2017 at 3:47 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm
that you are the copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL, please identify the
copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations
Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=M7-SxmTJLis
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Aparentemente - Sinfónico ft. Darell, Miky Woodz, Noriel, Maximus Wel
○ Where does the content appear?
The content appears in the targeted video from 48:40 to 52:30

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=jpJIesEi47A
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Aparentemente - Sinfónico ft. Darell, Miky Woodz, Noriel, Maximus Wel
○ Where does the content appear?
The content appears in the targeted video from 0:37 to 0:53

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=6x-MqXXe2kY
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Aparentemente - Sinfónico ft. Darell, Miky Woodz, Noriel, Maximus Wel
○ Where does the content appear?
The content appears in the targeted video from 40:57 to 44:45

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                                    Tue, Jul 18, 2017 at 3:47 AM

7/18/2017                    AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm
that you are the copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL, please identify the
copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations
Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=xhouY-R_GAI
Describe the work allegedly infringed: My company, organization or client's original
song
  ○ Title of original song: Ayer - Anuel ft. Dj Nelson
  ○ Where does the content appear?
    The content appears in the targeted video from 4:22 to 8:36

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=O7Z3LNveXPw
Describe the work allegedly infringed: My company, organization or client's original
song
  ○ Title of original song: Ayer - Anuel ft. Dj Nelson
  ○ Where does the content appear?
    The content appears in the targeted video from 4:16 to 8: 30

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=vrEDbtFEJbI
Describe the work allegedly infringed: My company, organization or client's original
song
  ○ Title of original song: Ayer - Anuel ft. Dj Nelson
  ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

• I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
  right that is allegedly infringed.
• I have a good faith belief that the use of the material in the manner complained of is
  not authorized by the copyright owner, its agent, or the law; and
• This notification is accurate.
• I acknowledge that under Section 512(f) of the DMCA any person who knowingly
  materially misrepresents that material or activity is infringing may be subject to liability
  for damages.
• I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                              Tue, Jul 18, 2017 at 3:49 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=6NpYMYPe1_c
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Como olvidarme de ti - Nengo flow
- Where does the content appear?
  The content appears in the targeted video from 2:17 to 2:32

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

7/18/2017                          AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                          Tue, Jul 18, 2017 at 3:49 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

 URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=1gsawXRPd9A
 Describe the work allegedly infringed: My company, organization or client's original song
  ○ Title of original song: Mamasita Mala (feat. Ozuna) - Ñengo Flow
  ○ Where does the content appear? Entire video

 URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=cHHq40OADHM
 Describe the work allegedly infringed: My company, organization or client's original song
  ○ Title of original song: Ñejo - Pico y Pala ft. Jamby "El Favo"
  ○ Where does the content appear?
   The content appears in the targeted video from 0:45 to 1:00

 URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=nDAGiEIX8d0
 Describe the work allegedly infringed: My company, organization or client's original song
  ○ Title of original song: Darell Ft Ñengo Flow - Ponte En Posicion
  ○ Where does the content appear? Entire video

 URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=nO4pla72Nbw

Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Ninguno Se Monta - Darell Ft Ñengo Flow
- Where does the content appear?
  The content appears in the targeted video from 2:43 to 3:15

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=DzFkqjfghOM
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Kumbia King - Ñejo ft. Bryant Myers y Jamby
- Where does the content appear?
  The content appears in the targeted video from 2:26 to 2:46

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=9gznWXR71hk
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: La Noche Oscura - Anuel AA Ft. Jory Boy
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                          Tue, Jul 18, 2017 at 3:49 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

7/18/2017                    AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations
Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
v=ZHe07Xe5TVQ
Describe the work allegedly infringed: My company, organization or client's original
song
○  Title of original song: Hoy - Ñengo Flow feat. Bad Bunny
○  Where does the content appear?
The content appears in the targeted video from 15:30 to 19:00

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

•  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
   right that is allegedly infringed.
•  I have a good faith belief that the use of the material in the manner complained of is
   not authorized by the copyright owner, its agent, or the law; and
•  This notification is accurate.
•  I acknowledge that under Section 512(f) of the DMCA any person who knowingly
   materially misrepresents that material or activity is infringing may be subject to liability
   for damages.
•  I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                          Tue, Jul 18, 2017 at 3:49 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm
that you are the copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL, please identify the
copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

7/18/2017                    AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations
Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

> URL of allegedly infringing video to be removed: http://www.youtube.com/watch?
> v=G0N9YiTXREU
> Describe the work allegedly infringed: My company, organization or client's original
> song
>   ○ Title of original song: Detras de ti - Jory Boy
>   ○ Where does the content appear?
>     The content appears in the targeted video from 1:08 to 1:22

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
  right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is
  not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly
  materially misrepresents that material or activity is infringing may be subject to liability
  for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                            Tue, Jul 18, 2017 at 3:52 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you very much for your notification. The content has been removed.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations
Manager

7/18/2017                AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=JjcZk2V0L4E
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Adios - Blue Wayze ft. Darell , Anonimus
- Where does the content appear?
  The content appears in the targeted video from 1:51 to 2:12

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=H3QX5j1Ual8
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Adios - Blue Wayze ft. Darell , Anonimus
- Where does the content appear?
  The content appears in the targeted video from 3:22 to 3:44

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**'YouTube' via Claims** <claims@adshare.tv>                Tue, Jul 18, 2017 at 11:33 AM
Reply-To: YouTube <copyright@youtube.com>
To: claims@adshare.tv



Hi RL Perera,

Thank you very much for your notification. We were unable to remove all of the URLs that you submitted.

The following URLs have been removed:

http://www.youtube.com/watch?v=AsdKYed7vpc
http://www.youtube.com/watch?v=i-3dz4V4-fM
http://www.youtube.com/watch?v=uUSn8vOXf2Y
http://www.youtube.com/watch?v=i00YAIXHeT8
http://www.youtube.com/watch?v=G1I2etBXUSs
http://www.youtube.com/watch?v=IFlyTLrTzAU

The following URLs remain live:

http://www.youtube.com/watch?v=VPt3EGJpyTI

We received a counter notification from the uploader in response to a previous notification you submitted regarding the material listed above. As we stated when we provided you with the counter notification, you were given ten days within which to provide us with evidence that you had filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. That time has expired and the appropriate course of action, should you wish to pursue the matter further, is to do so directly with the user. We are unable to provide further assistance.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Pina Records
Your Full Legal Name (Aliases, usernames or initials not accepted): U.L. Ranura Lamal Perera
Your Title or Job Position (What is your authority to make this complaint?): Optimization Specialist
Address:
4712 Admiralty Way
#533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: RL Perera
Email Address: ranura.perera@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=AsdKYed7vpc
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Plan B - Candy ft. Tempo y Arcangel (Remix)
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=i-3dz4V4-fM
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: To' Te Llueve - El Sica ft. Arcangel , De la Ghetto y Brytiago
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=uUSn8vOXf2Y
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Otra Cosa - Daddy Yankee & Natti Natasha
- Where does the content appear?
  The content appears in the targeted video from 3:07 to 5:57

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=i00YAIXHeT8
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: To' Te Llueve - El Sica ft. Arcangel , De la Ghetto y Brytiago
- Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=G1I2etBXUSs

Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Otra Cosa - Daddy Yankee & Natti Natasha [Lyric Video]
- Where does the content appear?
  The content appears in the targeted video from 23:02 to 26:25

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=IFlyTLrTzAU

Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Otra Cosa - Daddy Yankee & Natti Natasha [Lyric Video]
- Where does the content appear?
  The content appears in the targeted video from 14:12 to 17:32

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=VPt3EGJpyTI

Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Arcangel - Austin Baby
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: U.L. Ranura Lamal Perera

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>          Tue, Jul 18, 2017 at 1:31 PM
To: Jake Kim <jake.kim@adshare.tv>

[Quoted text hidden]

--



**Lahiru Aravinthakumar | AdShare™**
Operations Manager | www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

New from AdShare:



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

7/18/2017                    AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:31 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Tue, Jul 18, 2017 12:19 AM
Subject: Re: [3-4252000018365] New YouTube Copyright Complaint Submission
[Quoted text hidden]
[Quoted text hidden]

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:31 PM
To: Jake Kim <jake.kim@adshare.tv>

[Quoted text hidden]
--



**Lahiru Aravinthakumar** | **AdShare™**
Operations Manager |  www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:32 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Tue, Jul 18, 2017 at 12:19 AM
Subject: Re: [0-9132000018322] New YouTube Copyright Complaint Submission
To: lahiru.aravinthakumar@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=1gsawXRPd9A
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Mamasita Mala (feat. Ozuna) - Ñengo Flow
  ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=cHHq40OADHM
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Ñejo - Pico y Pala ft. Jamby "El Favo"
  ○ Where does the content appear?
     The content appears in the targeted video from 0:45 to 1:00

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=nDAGiEIX8d0
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Darell Ft Ñengo Flow - Ponte En Posicion
  ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=nO4pla72Nbw
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Ninguno Se Monta - Darell Ft Ñengo Flow
  ○ Where does the content appear?
     The content appears in the targeted video from 2:43 to 3:15

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=DzFkqjfghOM
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Kumbia King - Ñejo ft. Bryant Myers y Jamby
  ○ Where does the content appear?
     The content appears in the targeted video from 2:26 to 2:46

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=9gznWXR71hk
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: La Noche Oscura - Anuel AA Ft. Jory Boy
  ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

7/18/2017                     AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DCMA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

--



**Lahiru Aravinthakumar | AdShare™**
Operations Manager | www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                     Tue, Jul 18, 2017 at 1:32 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Tue, Jul 18, 2017 at 12:19 AM
Subject: Re: [4-2863000018111] New YouTube Copyright Complaint Submission
To: lahiru.aravinthakumar@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

    URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=6NpYMYPe1_c
    Describe the work allegedly infringed: My company, organization or client's original song
        ○ Title of original song: Como olvidarme de ti - Nengo flow
        ○ Where does the content appear?
        The content appears in the targeted video from 2:17 to 2:32

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

--



**Lahiru Aravinthakumar | AdShare™**
Operations Manager |  www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                          Tue, Jul 18, 2017 at 1:32 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Tue, Jul 18, 2017 at 12:19 AM
Subject: Re: [9-4211000017941] New YouTube Copyright Complaint Submission
To: lahiru.aravinthakumar@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

    URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v
    =ZHe07Xe5TVQ
    Describe the work allegedly infringed: My company, organization or client's original
    song
        ◦ Title of original song: Hoy - Ñengo Flow feat. Bad Bunny
        ◦ Where does the content appear?
          The content appears in the targeted video from 15:30 to 19:00

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

7/18/2017                    AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

--



**Lahiru Aravinthakumar** | **AdShare™**
Operations Manager |  www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:33 PM
To: Jake Kim <jake.kim@adshare.tv>

[Quoted text hidden]
--



**Lahiru Aravinthakumar** | **AdShare™**
Operations Manager |  www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:33 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Tue, Jul 18, 2017 at 12:17 AM
Subject: Re: [3-4171000018154] New YouTube Copyright Complaint Submission
To: lahiru.aravinthakumar@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames and nicknames are not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=M7-SxmTJLis
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Aparentemente - Sinfónico ft. Darell, Miky Woodz, Noriel, Maximus Wel
- Where does the content appear?
  The content appears in the targeted video from 48:40 to 52:30

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=jpJIesEi47A
Describe the work allegedly infringed: My company, organization or client's original song
- Title of original song: Aparentemente - Sinfónico ft. Darell, Miky Woodz, Noriel, Maximus Wel
- Where does the content appear?
  The content appears in the targeted video from 0:37 to 0:53

7/18/2017                        AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

**URL of allegedly infringing video to be removed:** http://www.youtube.com/watch?v=6x-MqXXe2kY
**Describe the work allegedly infringed:** My company, organization or client's original song
- Title of original song: Aparentemente - Sinfónico ft. Darell, Miky Woodz, Noriel, Maximus Wel
- Where does the content appear?
  The content appears in the targeted video from 40:57 to 44:45

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

--



**Lahiru Aravinthakumar | AdShare™**
Operations Manager |  www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv and call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                        Tue, Jul 18, 2017 at 1:33 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Tue, Jul 18, 2017 at 12:17 AM
Subject: Re: [6-0292000017964] New YouTube Copyright Complaint Submission

7/18/2017                AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

To: lahiru.aravinthakumar@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=xhouY-R_GAI
Describe the work allegedly infringed: My company, organization or client's original song
  ○ Title of original song: Ayer - Anuel ft. Dj Nelson
  ○ Where does the content appear?
    The content appears in the targeted video from 4:22 to 8:36

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=O7Z3LNveXPw
Describe the work allegedly infringed: My company, organization or client's original song
  ○ Title of original song: Ayer - Anuel ft. Dj Nelson
  ○ Where does the content appear?
    The content appears in the targeted video from 4:16 to 8: 30

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=vrEDbtFEJbI
Describe the work allegedly infringed: My company, organization or client's original song
  ○ Title of original song: Ayer - Anuel ft. Dj Nelson
  ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

--



**Lahiru Aravinthakumar | AdShare™**
Operations Manager |  www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:33 PM
To: Jake Kim <jake.kim@adshare.tv>

[Quoted text hidden]
--



**Lahiru Aravinthakumar | AdShare™**
Operations Manager |  www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:33 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **'YouTube' via Claims** <claims@adshare.tv>
Date: Tue, Jul 18, 2017 at 12:07 AM
Subject: Re: [5-4643000018356] New YouTube Copyright Complaint Submission
To: claims@adshare.tv

[Quoted text hidden]

--



**Lahiru Aravinthakumar** | AdShare™
Operations Manager | www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:35 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Tue, Jul 18, 2017 at 12:07 AM
Subject: Re: [5-4643000018356] New YouTube Copyright Complaint Submission
[Quoted text hidden]
[Quoted text hidden]

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:37 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Mon, Jul 17, 2017 at 11:18 PM
Subject: Re: [3-3460000018085] New YouTube Copyright Complaint Submission
To: lahiru.aravinthakumar@adshare.tv

—



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to request removal of content due to alleged copyright infringement, you must be the copyright owner or an agent of the copyright owner. Based upon the description you provided, your specific role is unclear. In order to prevent misuse of this process, we need to ask you for more information.

Please help us verify that you are authorized to submit a copyright notification in relation to this content. For example, are you the author of the work(s) in question? Have you been assigned copyright ownership in the work(s) in question? Are you an attorney acting on behalf of a copyright owner? Please understand that the content will remain live on the site until we have received this verification.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations Manager
Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

    URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=H8OU6VPjQ9s
    Describe the work allegedly infringed: My company, organization or client's original song
        ○ Title of original song: Nengo Flow - Baby Lover
        ○ Where does the content appear?
        The content appears in the targeted video from 1:27 to 1:40

    URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=n06fwJXG4Rs
    Describe the work allegedly infringed: My company, organization or client's original song
        ○ Title of original song: Nengo Flow - Baby Lover
        ○ Where does the content appear?
        The content appears in the targeted video from 1:06 to 1:17

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

7/18/2017                    AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

--



**Lahiru Aravinthakumar** | AdShare™
Operations Manager | www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to reach a member of the AdShare team.

---

**Lahiru Aravinthakumar** <lahiru.aravinthakumar@adshare.tv>                    Tue, Jul 18, 2017 at 1:37 PM
To: Jake Kim <jake.kim@adshare.tv>

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Thu, Jul 13, 2017 at 11:30 PM
Subject: Re: [0-9809000018298] New YouTube Copyright Complaint Submission
To: lahiru.aravinthakumar@adshare.tv



Hi Lahiru Aravinthakumar,

Thank you for your notification. In order to remove the content in question, we need to confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Adshare
Your Full Legal Name (Aliases, usernames or initials not accepted): Lahiru Aravinthakumar
Your Title or Job Position (What is your authority to make this complaint?): Operations
Manager

7/18/2017                     AdShare Mail - [9-0677000018412] New YouTube Copyright Complaint Submission

Address:
4712 Admiralty Way #533 Marina Del Rey
Los Angeles, California CA 90292
US
Username: Lahiru Aravinthakumar
Email Address: lahiru.aravinthakumar@adshare.tv
Secondary Email Address: claims@adshare.tv
Phone: 310.382.1387

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v
=TAM3cv8c54s
Describe the work allegedly infringed: My company, organization or client's original
song
  ○ Title of original song: Hazme El Amor Asi Don Omar
  ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive
  right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is
  not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly
  materially misrepresents that material or activity is infringing may be subject to liability
  for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Lahiru Aravinthakumar

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

--



**Lahiru Aravinthakumar | AdShare™**
Operations Manager | www.adshare.tv
4712 Admiralty Way #533 | Marina Del Rey, CA 90292
T 310.693.8350 | E lahiru.aravinthakumar@adshare.tv

**New from AdShare:**



The world's leading Hispanic Millennial targeted multi-platform network.

A GoDigital Media Group Company

You are important to us. World class customer service is our goal. If you do not hear back from me in a timely manner it is
likely that I'm unavailable. In such an event please contact info@adshare.tv *and* call 310-693-8350 and enter option 6 to
reach a member of the AdShare team.

EXHIBIT D



**Lahiru Aravinthakumar <lahiru.aravinthakumar@adshare.tv>**

### Re: [1-2764000018267] New Copyright Counter-Notification

**YouTube** <copyright@youtube.com>                                   Sat, Jul 22, 2017 at 10:37 AM
To: lahiru.aravinthakumar@adshare.tv



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=QxQGyY8zfUI
- http://www.youtube.com/watch?v=OYd_XUTOBh0
- http://www.youtube.com/watch?v=hiv2f2cf2to
- http://www.youtube.com/watch?v=0z8QTvjslKM

Display name of uploader: Dale Reggaeton DJ NiR Maimon

I hereby swear that I am sure that the content has been removed or disabled for misjudgment or misidentification. The above statement is not true, I would like to be punished. I agree to the jurisdiction of the Federal District Court of the place where I am in the address (if I am not in the United States, I agree to be bound by the Federal District Court jurisdiction of YouTube) and accept the legal documents served by the complainant. I swear, under penalty of perjury, that I have a good fait

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

nir maimon

hasunit 10\4

maale adumim, israel 97225 IL

info@djnirmaimon.com

0542223386

Help center • Email options • Report spam

7/27/2017                          AdShare Mail - Re: [1-2764000018267] New Copyright Counter-Notification

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



**Lahiru Aravinthakumar <lahiru.aravinthakumar@adshare.tv>**

## Re: [1-2764000018267] New Copyright Counter-Notification

**YouTube** <copyright@youtube.com>                                   Sat, Jul 22, 2017 at 9:49 AM
To: lahiru.aravinthakumar@adshare.tv



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=coUO7FG8oho
- http://www.youtube.com/watch?v=2pQSzchxYV0
- http://www.youtube.com/watch?v=bTQoZFHccHQ

Display name of uploader: DJ NiR Maimon Reggaeton

I hereby swear that I am sure that the content has been removed or disabled for misjudgment or misidentification. The above statement is not true, I would like to be punished. I agree to the jurisdiction of the Federal District Court of the place where I am in the address (if I am not in the United States, I agree to be bound by the Federal District Court jurisdiction of YouTube) and accept the legal documents served by the complainant. I swear, under penalty of perjury, that I have a good fait

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

nir maimon

hashunit 10\4

maale adumim, israel 97225 IL

nirmamimon@gmail.com

0542223386

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

7/27/2017                              AdShare Mail - Re: [1-2764000018267] New Copyright Counter-Notification

7/27/2017                    AdShare Mail - Re: [1-2764000018267] New Copyright Counter-Notification

                                    **Lahiru Aravinthakumar <lahiru.aravinthakumar@adshare.tv>**

## Re: [1-2764000018267] New Copyright Counter-Notification

**YouTube** <copyright@youtube.com>                                    Sat, Jul 22, 2017 at 9:35 AM
To: lahiru.aravinthakumar@adshare.tv



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=O7Z3LNveXPw

Display name of uploader: DJ NiR Maimon Reggaeton

I hereby swear that I am sure that the content has been removed or disabled for misjudgment or misidentification. The above statement is not true, I would like to be punished. I agree to the jurisdiction of the Federal District Court of the place where I am in the address (if I am not in the United States, I agree to be bound by the Federal District Court jurisdiction of YouTube) and accept the legal documents served by the complainant. I swear, under penalty of perjury, that I have a good fait

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

nir maimon

hashunit 10\4

maale adumim, israel 97225 IL

nirmamimon@gmail.com

0542223386

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

AdShare Mail - Re: [1-2764000018267] New Copyright Counter-Notification

7/27/2017                    AdShare Mail - Re: [1-2764000018267] New Copyright Counter-Notification

                                    **Lahiru Aravinthakumar <lahiru.aravinthakumar@adshare.tv>**

## Re: [1-2764000018267] New Copyright Counter-Notification

**YouTube** <copyright@youtube.com>                          Sat, Jul 22, 2017 at 10:37 AM
To: lahiru.aravinthakumar@adshare.tv



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=xhouY-R_GAI

Display name of uploader: Dale Reggaeton DJ NiR Maimon

I hereby swear that I am sure that the content has been removed or disabled for misjudgment or misidentification. The above statement is not true, I would like to be punished. I agree to the jurisdiction of the Federal District Court of the place where I am in the address (if I am not in the United States, I agree to be bound by the Federal District Court jurisdiction of YouTube) and accept the legal documents served by the complainant. I swear, under penalty of perjury, that I have a good fait

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

nir maimon

hasunit 10\4

maale adumim, israel 97225 IL

info@djnirmaimon.com

0542223386

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

7/27/2017                          AdShare Mail - Re: [1-2764000018267] New Copyright Counter-Notification



**RL Perera <ranura.perera@adshare.tv>**

## Re: [7-1534000018552] New Copyright Counter-Notification

**YouTube <copyright@youtube.com>**
To: ranura.perera@adshare.tv

Sat, Jul 22, 2017 at 10:36 AM



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=uUSn8vOXf2Y

Display name of uploader: Dale Reggaeton DJ NiR Maimon

I hereby swear that I am sure that the content has been removed or disabled for misjudgment or misidentification. The above statement is not true, I would like to be punished. I agree to the jurisdiction of the Federal District Court of the place where I am in the address (if I am not in the United States, I agree to be bound by the Federal District Court jurisdiction of YouTube) and accept the legal documents served by the complainant. I swear, under penalty of perjury, that I have a good fait

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

nir maimonn

hashunit 10\4

maale adumim, israel 97225 IL

info@djnirmaimon.com

0542223386

Help center • Email options • Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA